**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| JOSEPH GUTIERREZ et al., § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> DRILL CUTTINGS DISPOSAL CO., § <br> L.L.C., et al., § <br> § <br> *Defendants*. § | Civil Action No.  SA-18-CV-257-XR |

**ORDER**

On this date, the Court considered the status of this case, including the parties' joint motion to file their Settlement Agreement under seal (docket no. 63). The parties entered into a Settlement Agreement that they agreed to keep confidential because it contains sensitive financial information that should not be disclosed to the public. Accordingly, the parties submitted their Settlement Agreement under seal for the Court's review. *See* docket no. 63-1. Having reviewed the submissions of the parties, the Court hereby: GRANTS the joint motion to file under seal (docket no. 63) and accordingly ORDERS the Settlement Agreement, docket no. 63-1, to remain under seal. The Court shall retain jurisdiction to enforce that Settlement Agreement, and any party may file a motion for assistance in enforcing it. Once payments are complete, the parties are ORDERED to file a stipulation of dismissal.

Given these circumstances, the Court concludes that this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such

2

as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . ."). The Clerk's office is therefore DIRECTED to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request of any party or on the Court's own motion.

It is so ORDERED.

SIGNED this 12th day of June, 2020.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE