# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| GUTIERREZ, et al.,<br><br>v.<br><br>DRILL CUTTINGS DISPOSAL COMPANY, L.L.C., et al. | Case No.: 5:18-cv-00257-XR |

## ORDER

Pursuant to the parties' Stipulation of Dismissal, the Court hereby **DISMISSES** this case with prejudice. The parties shall each bear their own costs and fees.

It is so **ORDERED**.

**SIGNED** this October 12, 2021.

_____
Xavier Rodriguez
United States District Judge